UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'VAUGHN HILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR CONTRACT PHYSICIAN/SURGEON, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01681-HSG<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate housed at Corcoran State Prison ("CSP") has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. He has named as defendants Folsom State Prison doctor Jeu and CDCR contract physician/surgeon Dr. Dowbak, whom he alleges performed the surgery on his pink finger. Dkt. No. 1. The events or omissions giving rise to Plaintiff's claim(s) appear to have occurred at Folsom State Prison, and at least one defendant works at Folsom State Prison. Folsom State Prison is located in Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in this district. Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:　6/30/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge